# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62217-BLOOM/White

GOLDEN VASQUEZ,

    Plaintiff,

v.

JULIE L. JONES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, ECF No. [12] ("Petition"), filed on October 12, 2018. This case was previously referred to the Honorable Patrick A. White for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [2]. On December 13, 2018, Judge White issued a R&R recommending that this case be dismissed without prejudice for Petitioner's failure to prosecute and comply with Court orders. ECF No. [20]. The R&R also stated that Petitioner could file any objections within fourteen days of receipt of a copy of the R&R, or submit a properly amended complaint, in accordance with the Rules, which cures the deficiencies noted in this Report and in prior orders, within fourteen days of receipt of a copy of this Report. *Id.* To date, Petitioner has done neither, nor has she sought additional time in which to do so.

The Court has conducted a *de novo* review of Judge White's R&R, the record, and is otherwise fully advised in the premises. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge White's R&R to be

well reasoned and correct. The Court therefore agrees with the analysis in Judge White's R&R and concludes that this case should be dismissed for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge White's R&R, **ECF No. [20]**, is **ADOPTED**;

2. This case is **DISMISSED WITHOUT PREJUDICE**;

3. All pending motions are **DENIED AS MOOT**; and,

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of December, 2018.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Golden Vasquez, *pro se*
4141 NW 75th Terrace
Lauderhill, Florida 33319